```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

JOHN OWEN BURKETT                                        PLAINTIFF

    V.                    Civil No. 10-6085

SHERIFF PRESTON GLEN, *et al.*                          DEFENDANTS

## O R D E R

On this 7th day of October 2011, there comes on for consideration the report and recommendation filed in this case on September 14, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 12). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion for Partial Judgment on the Pleadings (doc. 8) is GRANTED with respect to the claims stemming from the alleged failure of Defendants to deliver mail on the weekends and regarding an inadequate grievance procedure. This leaves for later consideration Plaintiff's claims that inmates are denied access to books, magazines and newspapers.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge