IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN OWEN BURKETT                                                                           PLAINTIFF

        v.                              Civil No. 6:10-cv-06085

SHERIFF PRESTON GLEN, Pike
County, Arkansas; CHIEF DEPUTY
JACK NARON, Pike County Jail; and
JAIL ADMINISTRATOR SARAH HANEY,
Pike County Jail                                                                             DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

John Owen Burkett filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on November 17, 2010. His complaint was filed *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

On September 14, 2011, I entered an order (ECF No. 11) granting the Defendants' motion to compel. Plaintiff was directed to provide the Defendants with discovery responses by October 7, 2011. On December 21, 2011, Defendants filed a motion to dismiss (ECF No. 16). In the motion, Defendants state they have not received the discovery responses from the Plaintiff. Plaintiff has not responded to the motion to dismiss.

I therefore recommend that the Defendants' motion to dismiss (ECF No. 16) be granted. This case should be dismissed with prejudice based on Plaintiff's failure to comply with the order of the Court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are**

**reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 11th day of January 2012.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE